Jeremy S. Golden, Esq. (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS LIEBSCHER,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:19-CV-01114-WBS-KJN<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation this court hereby dismisses this action with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED

Dated: July 23, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE